AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| Bruce Sedillo | ) Case No. 24-MJ-1663 LF |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bruce Sedillo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) Possession with Intent to Distribute & Distribution of 400 grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);
Count 2: 21 U.S.C. § 846 Conspiracy to Commit Drug Trafficking;
Count 3: 18 U.S.C. § 924(c)(1)(A)(i) Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of such Crime; and
Count 4: 18 U.S.C. §§ 922(g)(1) and 924 Felon in Possession of a Firearm and Ammunition.

Date:   11/13/2024                                    /s/ Laura Fashing
                                                    *Issuing officer's signature*

City and state:   Albuquerque, New Mexico            Laura Fashing, United States Magistrate Judge
                                                    *Printed name and title*

---

### Return

| This warrant was received on *(date)* 11/13/2024 , and the person was arrested on *(date)* 11/14/2024 |
|---|
| at *(city and state)* Albuquerque, NM . |
| Date: 11/14/2024 |
| *Arresting officer's signature* |
| SA Onvso Zjnnermon |
| *Printed name and title* |